IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
MAR 10 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RAMARA, INC.              :     CIVIL ACTION
                          :
v.                        :
                          :
WESTFIELD INSURANCE CO., et al.  :     NO. 13-7086

ORDER

AND NOW, this 10th day of March, 2014, upon consideration of defendants Westfield Insurance Co.'s and Fortress Steel Service, Inc.'s (collectively, "Westfield") motion to dismiss (docket entry # 2), plaintiff Ramara, Inc.'s response in opposition thereto, and Westfield's motion for leave to file a reply to that response (docket entry # 14), and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1. The motion for leave to file a reply (docket entry # 14) is GRANTED;

2. The motion to dismiss (docket entry # 2) is DENIED;

3. By noon on March 17, 2014, the parties shall jointly INFORM the Court by facsimile (215-580-2156) whether settlement discussions with Magistrate Judge Hart would likely be productive; and

4. Further scheduling shall ABIDE the Court's receipt of that submission.

BY THE COURT:

_____
Stewart Dalzell, J.