# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMARA, INC.,** : | **CIVIL ACTION** |
| Plaintiff, : | |
| : | **No. 13-7086** |
| v. : | |
| : | |
| **WESTFIELD INSURANCE COMPANY, et al.,** : | |
| : | |
| Defendants. : | |

## ORDER

This 24th day of November, 2014, for the reasons stated in the foregoing memorandum opinion, it is **ORDERED** that Ramara's Partial Motion for Summary Judgment is **GRANTED**, and Defendants' Motion for Summary Judgment is **DENIED**.

Should Ramara seek reimbursement for fees and costs incurred to date by Ramara's defense team in the underlying tort action, Ramara must submit an itemized list for the Court's review by **December 8, 2014.** Westfield must respond with any objections by **December 15, 2014.**

/s/ Gerald Austin McHugh
United States District Court Judge